IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RONALD A. BARKER                                                                                          PLAINTIFF

vs.                                           Civil No. 1:09-cv-1048

MICHAEL J. ASTRUE
Commissioner, Social Security Administration                                                DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed December 17, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). Judge Bryant recommends that the decision of the Administrative Law Judge, denying benefits to Plaintiff, be reversed and remanded. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The decision of the Administrative Law Judge is REVERSED AND REMANDED.

**IT IS SO ORDERED**, this 4th day of January, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge