IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RONALD A. BARKER                                                                               PLAINTIFF

vs.                                      Civil No. 1:09-cv-1048

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                    DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed March 21, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 15). Judge Bryant recommends that Plaintiff's Motion for Attorney Fees (ECF No. 10) be granted. The parties have not filed objections to this Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's Motion for Attorney Fees (ECF No. 10) is GRANTED and Plaintiff is awarded $1,377.50 in attorney's fees and costs pursuant to 28 U.S.C. § 2412..

**IT IS SO ORDERED**, this 18th day of April, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge